U.S. Bankruptcy Court
515 Rusk Avenue
Houston, Tx 77002

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

Case Number: 98-36537 wrg

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 3 0 1998

Michael N. Milby, Clerk

IN RE(NAME OF DEBTOR)
Barbara Rodgers, 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, aka
Barbara Jean Davis, aka Barbara Jean
Ruffin

## DISCHARGE OF DEBTOR

It appearing that a petition commencing a case under title 11, United States Code, was filed by or against the person named above on 06/23/98, and that an order for relief was entered under chapter 7 and that no complaint objecting to the discharge of the debtor was filed within the time fixed by the court [or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained];

IT IS ORDERED THAT:

1. The above-named debtor is released from all dischargeable debts.

2. Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any of the following:

    (a) debts dischargeable under 11 U.S.C. Sec. 523;

    (b) unless heretofore or hereafter determined by order of this court to be nondischargeable, debts alleged to be excepted from discharge under clauses (2),(4),(6), and (15) of 11 U.S.C. Sec. 523(a);

    (c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by paragraph 2 above are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the above-named debtor.

Dated: 10/30/98

BY THE COURT

William R. Greendyke
United States Bankruptcy Judge

0003

*William Greendyke* (signature)

Bancap Discharge Form 6/14/93